IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Eugenia L. McCaskill | : | 18-11556-ELF |
| Debtor | : | |

CERTIFICATE OF SERVICE of FIRST AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's First Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:

Mario J. Hanyon on behalf of Deutsche Bank National Trust Co.
Paeb@fedphe.com

Rebecca Ann Solarz on behalf of Toyota Motor Credit Corp.
Bkgroup@kmllawgroup.com


The following creditors have been served by First Class mail:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


Date: August 9, 2018            /s/ David M. Offen
                                David M. Offen
                                Attorney for Debtor(s)