# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Eugenia L McCaskill aka Genie McCaskill, aka Eugenia Wilson<br><br>                    Debtor<br><br>Toyota Motor Credit Corporation<br>                    Movant<br>          vs.<br><br>Eugenia L McCaskill aka Genie McCaskill, aka Eugenia Wilson<br>                    Respondent | CHAPTER 13<br><br><br><br>NO. 18-11556 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection of Toyota Motor Credit Corporation to Confirmation of Chapter 13 Plan, which was filed with the Court on or about April 26, 2018 (Document No. 15).

                        Respectfully submitted,

                        **/s/ Rebecca A. Solarz, Esquire**
                        Rebecca A. Solarz, Esquire
                        Attorney for Movant
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        215-627-1322

August 14, 2018