```
                 IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE EASTERN DISTRICT OF PENNSYLVANIA



   IN RE:                            :       Chapter 13

   Eugenia L. McCaskill                      18-11556-ELF
        Debtor                       :
```

## CERTIFICATE OF SERVICE of THIRD AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Third Amended Chapter 13 Plan has been served on the Chapter 13 Standing Trustee and all priority and secured creditors.

The following creditors have been served by electronic mail:

Mario J. Hanyon on behalf of Deutsche Bank National Trust Company
paeb@fedphe.com

Rebecca Ann Solarz on behalf of Toyota Motor Credit Corp.
bkgroup@kmllawgroup.com


The following creditors have been served by first class mail:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

PA Dept. of Labor and Industry
Off. of UC Ben. Policy
651 Boas Street, 6th Floor
Harrisburg, PA 17121


Date: October 8, 2018           /s/ David M. Offen
                                David M. Offen
                                Attorney for Debtor(s)