IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Eugenia L. McCaskill<br>Debtor | )<br>)<br>)<br>) | Chapter 13<br><br>No. 18-11556-ELF |

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.


                                             /s/David M. Offen
                                             David M. Offen
                                             **Attorney for Debtor**

Date: 12/11/18