IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
     IN RE:                  :       CHAPTER 13
                             :
Eugenia L McCaskill          :       No. 18-11556-ELF
        Debtor               :
```

### ANSWER TO MOTION OF DEUTSCHE BANK NATIONAL TRUST FOR RELIEF FROM THE AUTOMATIC STAY

Debtor has missed several payments and asks that the Movant give her a Modification.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 4/10/19