IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                      :
                            :       CHAPTER 13
Eugenia L. McCaskill        :       No. 18-11556-ELF
    Debtor                  :
```

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Answer to Motion for Relief was served on April 10, 2019 on the Chapter 13 Trustee, William C. Miller, Esquire by electronic mail and on the follow by electronic mail:

Jerome Blank on behalf of Deutsche Bank National Trust
jerome.blank@phelanhallinan.com

/s/ David M. Offen
David M. Offen Esq.
Attorney for Debtor
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
215-625-9600

4/10/19