United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11556-elf
Eugenia L McCaskill                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 3          Date Rcvd: May 01, 2019
                             Form ID: pdf900           Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
db           +Eugenia L McCaskill,     119 Lincoln Avenue,     Yeadon, PA 19050-2932
14069547     +American Web Loan,     2128 N. 14th Street, Suite 1,     Box 130,    Ponca City, OK 74601-1831
14069566      Connect America.com LLC,     Lockbox #782383,     PO Box 782383,    Philadelphia, PA 19178-2383
14099924      Credit First NA,     PO Box 818011,     Cleveland, OH 44181-8011
14069567     +Credit First National Assoc,     Attn: BK Credit Operations,     Po Box 81315,
              Cleveland, OH 44181-0315
14100312      Deutsche Bank National Trust Company ET. AL.,     OCWEN LOAN SERVICING, LLC,
              Attn: Bankruptcy Department,     P.O. BOX 24605,     WEST PALM BEACH FL 33416-4605
14069569     +First Premier Bank,     601 S Minnesota Ave,     Sioux Falls, SD 57104-4868
14069570     +First Premier Bank,     Po Box 5524,     Sioux Falls, SD 57117-5524
14069571     +Fred Washington,     12 N. 54th Street,     Philadelphia, PA 19139-2614
14069573     +Green Trust, LLC.,     P.O. Box 340,     Hays, MT 59527-0340
14122819     +Greensky, LLC,     1797 North East Expressway, Suite 100,     Atlanta, GA 30329-2451
14069580     +Office of UC Benefits,     Claimant Services,     P.O. Box 67503,    Harrisburg, PA 17106-7503
14069581     +PayPal Credit,     PO Box 105658,     Atlanta, GA 30348-5658
14069589     +Suntrustbank/js Loan S,     1797 N East Expy Ne,     Brookhaven, GA 30329-7803
14080461     +Toyota Motor Credit Corporation,     PO Box 9013,     Addison, Texas 75001-9013
14069591     +Toyota Motor credit Corp,     Po Box 9786,     Cedar Rapids, IA 52409-0004
14069592     +Trident Asset Management,     Attn: Bankruptcy,     Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov May 02 2019 03:44:54     City of Philadelphia,
              City of Philadelphia Law Dept.,     Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 02 2019 03:44:14
              Pennsylvania Department of Revenue,     Bankruptcy Division,     P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 02 2019 03:44:39     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,     Room 1250,     615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:42:38     Synchrony Bank,
              c/o PRA Receivables Management, LLC,     PO Box 41021,     Norfolk, VA 23541-1021
14069548     +E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:45:17     Ashro,    3650 Milwaukee Street,
              Madison, WI 53714-2304
14069549     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 02 2019 03:42:14     Capital One,
              Attn: General Correspondence/Bankruptcy,     Po Box 30285,     Salt Lake City, UT 84130-0285
14069552     +E-mail/Text: bkr@cardworks.com May 02 2019 03:43:35     Cardworks/CW Nexus,    Attn: Bankruptcy,
              Po Box 9201,     Old Bethpage, NY 11804-9001
14069553      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:54     Comenity - fullbeauty,
              PO Box 659728,     San Antonio, TX 78265-9728
14069554     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:54
              Comenity Bank/Ashley Stewart,     Attn: Bankruptcy,     Po Box 182125,    Columbus, OH 43218-2125
14069555     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:55     Comenity Bank/Avenue,
              Po Box 182125,     Columbus, OH 43218-2125
14069556     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:55     Comenity Bank/Blair,
              Attn: Bankruptcy,     Po Box 182125,     Columbus, OH 43218-2125
14069557     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:55     Comenity Bank/Chadwicks,
              Po Box 182125,     Columbus, OH 43218-2125
14069558     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:55
              Comenity Bank/Jessica London,     Po Box 182125,     Columbus, OH 43218-2125
14069560     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:55     Comenity Bank/Lane Bryant,
              Attn: Bankruptcy,     Po Box 182125,     Columbus, OH 43218-2125
14069561     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:55
              Comenity Bank/OneStopPlus.com,     Po Box 182789,     Columbus, OH 43218-2789
14069563     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:56     Comenity Bank/Woman Within,
              Po Box 182125,     Columbus, OH 43218-2125
14069559     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:56     Comenity Bank/kingsi,
              Po Box 182125,     Columbus, OH 43218-2125
14069562     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:56     Comenity Bank/roamans,
              Attn: Bankruptcy,     Po Box 182125,     Columbus, OH 43218-2125
14069564     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:56     Comenity Capital Bank/HSN,
              Attn: Bankruptcy,     Po Box 182125,     Columbus, OH 43218-2125
14069565     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 02 2019 03:43:56     Comenitybank/catherine,
              Po Box 182789,     Columbus, OH 43218-2789
14069568     +E-mail/PDF: creditonebknotifications@resurgent.com May 02 2019 03:42:21     Credit One Bank Na,
              Po Box 98873,     Las Vegas, NV 89193-8873
14069572      E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:45:17     Ginny's,    112 7th Avenue,
              Monroe, WI 53566-1364
14069574     +E-mail/Text: cio.bncmail@irs.gov May 02 2019 03:43:50     Internal Revenue Service,
              PO Box 7346,     Philadelphia, PA 19101-7346
14069575      E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:43:36     K. Jordan,    P.O. Box 2809,
              Monroe, WI 53566-8009
14104579      E-mail/PDF: resurgentbknotifications@resurgent.com May 02 2019 03:42:24
              LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
              FNBM, LLC,     Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587

```
District/off: 0313-2          User: Antoinett        Page 2 of 3            Date Rcvd: May 01, 2019
                             Form ID: pdf900         Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14103959         E-mail/Text: bkr@cardworks.com May 02 2019 03:43:35       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14102645        +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2019 03:44:23     MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
14094384        +E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:43:36      Massey's,
                 c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
14069576        +E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:43:36      Masseys,   P.O Box 2822,
                 Monroe, WI 53566-8022
14069577        +E-mail/Text: bankruptcydpt@mcmcg.com May 02 2019 03:44:23      Midland Funding,
                 Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069
14069578         E-mail/Text: bankruptcy@sccompanies.com May 02 2019 03:45:17      Midnight Velvet,
                 1112 7th Avenue,   Monroe, WI 53566-1364
14069579        +Fax: 407-737-5634 May 02 2019 04:16:22     Ocwen Loan Servicing, Llc,
                 Attn: Research/Bankruptcy,    1661 Worthington Rd Ste 100,   West Palm Bch, FL 33409-6493
14189043        +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us May 02 2019 03:45:15
                 PA Dept. of Labor and Industry,   Off. of UC Ben. Policy,   651 Boas Street, 6th Floor,
                 Harrisburg, PA 17121-0725
14069583         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:42:17
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14072320         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:42:41
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14069884        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 02 2019 03:56:45
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14069582        +E-mail/Text: bankruptcygroup@peco-energy.com May 02 2019 03:43:51      Peco Energy,
                 2301 Market Street,   Philadelphia, PA 19103-1380
14102034        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 02 2019 03:44:33      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14096336         E-mail/Text: bnc-quantum@quantum3group.com May 02 2019 03:44:00
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14069590        +E-mail/PDF: gecsedi@recoverycorp.com May 02 2019 03:42:13      Synchrony Bank/Amazon,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                           TOTAL: 40


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14069551*       +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84110-0285
14069550*       +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84110-0285
14069584*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
14069585*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
14069586*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
14069587*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
14069588*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
                                                                          TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                    Signature:   /s/Joseph Speetjens

District/off: 0313-2          User: Antoinett          Page 3 of 3            Date Rcvd: May 01, 2019
                             Form ID: pdf900          Total Noticed: 57

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2019 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Eugenia L McCaskill dmo160west@gmail.com,
          davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          JEROME B. BLANK    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee For et
          al paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ET.
          AL. paeb@fedphe.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
          bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
          For et al paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                      TOTAL: 8

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EUGENIA L MCCASKILL                          Chapter 13


                              Debtor              Bankruptcy No. 18-11556-ELF


### Order Dismissing Chapter 13 Case and
### <u>Directing Counsel to File Master Mailing List</u>

      **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

      **ORDERED**, that any wage orders are hereby vacated.


**Date: May 1, 2019**

_____
Eric L. Frank
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
EUGENIA L MCCASKILL

119 LINCOLN AVENUE

YEADON, PA 19050